James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendant TwinStar Credit Union

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROMAN MOTORS LLC, an Oregon limited liability company; DAMON SLOAN, an individual; BRANDON SLOAN, an individual; TWINSTAR CREDIT UNION, a Washington corporation; CROSS POINT NW LLC, an Oregon limited liability company; SELCO COMMUNITY CREDIT UNION, an Oregon corporation; VEHICLE ACCEPTANCE CORPORATION, a Texas corporation; MANHEIM REMARKETING, INC. abn MANHEIM PORTLAND, a Delaware corporation; and ASHLEY MCCALPIN, an individual,<br><br>                    Defendants. | Case No. 3:16-cv-01831-YY<br><br>**STIPULATION FOR ORDER TO WITHDRAW AND DISBURSE FUNDS** |

Pursuant to plaintiff's Tender of Bond Proceeds (Dkt. 13) in the sum of $40,000, and its

agreed limit of attorney fees to $2,000, for a net sum available to claimants of $38,000, which

sum is currently on deposit with the Court, plaintiff and each of the undersigned claimant

defendants who have appeared and made a claim to the bond proceeds, stipulate to the following

Page  1 -  **STIPULATION FOR ORDER TO WITHDRAW AND DISBURSE FUNDS**

proposed withdrawal and distribution of funds, the agreed distribution being proportional to each claim and taking into account the limitation of ORS 822.030(3):

| **Claimant** | **Address to Mail Payment** | **Amount** |
|---|---|---|
| Vehicle Acceptance Corporation | c/o Robert C. Dougherty<br>Law Offices of Robert C. Dougherty<br>1130 SW Morrison Street, Suite 210<br>Portland, OR 97205 | $ 1,603.47 |
| ADESA Oregon, LLC | c/o Robert C. Dougherty<br>Law Offices of Robert C. Dougherty<br>1130 SW Morrison Street, Suite 210<br>Portland, OR 97205 | $965.07 |
| SELCO Community Credit Union | c/o Eric J. Kiley<br>SELCO Community Credit Union<br>PO Box 7487<br>Springfield, OR 97475 | $6,587.47 |
| TwinStar Credit Union | c/o James P. Laurick<br>Kilmer, Voorhees & Laurick<br>732 NW 19th Avenue<br>Portland, OR 97209 | $9,510.66 |
| Ashley McCalpin | c/o Young W. Walgenkim<br>Hanson & Walgenkim, LLC<br>838 Commercial St NE<br>Salem, OR 97301 | $11,078 |
| Marcus Bolivar | c/o Jordan M. Roberts<br>Roberts Law Group<br>520 SW Yamhill, Suite 208<br>Portland, OR 97204 | $8,255.33 |
| Totals | | $38,000.00 |

**STIPULATED BY**:


*/s/ Mario R. Nicholas*                              Date:  1/20/17
Mario R. Nicholas, OSB No. 141663
Attorney for Plaintiff Hudson Insurance Company

Page  2 -  **STIPULATION FOR ORDER TO WITHDRAW AND DISBURSE FUNDS**

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

/s/ James P. Laurick                    Date:  1/20/17
James P. Laurick, OSB No. 821530
Attorney for Defendant TwinStar Credit Union


/s/ Eric J. Kiley                       Date:  1/20/17
Eric J. Kiley, OSB No. 025802
Attorney for Defendant Selco Community
Credit Union


/s/ Robert C. Dougherty                 Date:  1/19/17
Robert C. Dougherty, OSB No. 872078
Attorney for Defendants Vehicle Acceptance
Corporation & ADESA Oregon, LLC


/s/ Young W. Walgenkim                  Date:  1/20/17
Young W. Walgenkim, OSB No. 124900
Attorney for Ashley McCalpin


/s/ Jordan M. Roberts                   Date:  1/20/17
Jordan M. Roberts, OSB No. 115010
Attorney for Marcus Bolivar


Page  3 - **STIPULATION FOR ORDER TO WITHDRAW
         AND DISBURSE FUNDS**

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

## CERTIFICATE OF SERVICE

I certify that on this 20th day of January, 2017, the foregoing **STIPULATION FOR ORDER TO WITHDRAW AND DISBURSE FUNDS** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

KILMER VOORHEES & LAURICK, P.C.

*/s/ James P. Laurick*
James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
732 NW 19th Avenue
Portland, OR 97209
Phone No.: (503) 224-0055
Fax No.: (503) 222-5290
Of Attorneys for Defendant TwinStar Credit Union

I:\10250\0004\Pleadings\Stip for Order to Withdraw & Disburse Funds.docx

Page 1 - CERTIFICATE OF SERVICE

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290