James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendant TwinStar Credit Union

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMAN MOTORS LLC, an Oregon limited liability company; DAMON SLOAN, an individual; BRANDON SLOAN, an individual; TWINSTAR CREDIT UNION, a Washington corporation; CROSS POINT NW LLC, an Oregon limited liability company; SELCO COMMUNITY CREDIT UNION, an Oregon corporation; VEHICLE ACCEPTANCE CORPORATION, a Texas corporation; MANHEIM REMARKETING, INC. abn MANHEIM PORTLAND, a Delaware corporation; and ASHLEY MCCALPIN, an individual,<br><br>    Defendants. | Case No. 3:16-cv-01831-YY<br><br>**ORDER TO WITHDRAW AND DISBURSE FUNDS** |

Funds in the amount of $40,000.00 were previously deposited with the Court pursuant to Court Order (Dkt. 13). These funds were deposited into the Court's treasury registry fund.

Page 1 - **ORDER TO WITHDRAW AND DISBURSE FUNDS**

In accordance with the Stipulation for Order to Withdraw and Disburse Funds, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

| Claimant | Address to Mail Payment | Amount |
|---|---|---|
| Vehicle Acceptance Corporation | c/o Robert C. Dougherty<br>Law Offices of Robert C. Dougherty<br>1130 SW Morrison Street, Suite 210<br>Portland, OR 97205 | $ 1,603.47 |
| ADESA Oregon, LLC | c/o Robert C. Dougherty<br>Law Offices of Robert C. Dougherty<br>1130 SW Morrison Street, Suite 210<br>Portland, OR 97205 | 965.07 |
| SELCO Community Credit Union | c/o Eric J. Kiley<br>SELCO Community Credit Union<br>PO Box 7487<br>Springfield, OR 97475 | 6,587.47 |
| TwinStar Credit Union | c/o James P. Laurick<br>Kilmer, Voorhees & Laurick<br>732 NW 19th Avenue<br>Portland, OR 97209 | 9,510.66 |
| Ashley McCalpin | c/o Young W. Walgenkim<br>Hanson & Walgenkim, LLC<br>838 Commercial St NE<br>Salem, OR 97301 | 11,078.00 |
| Marcus Bolivar | c/o Jordan M. Roberts<br>Roberts Law Group<br>520 SW Yamhill, Suite 208<br>Portland, OR 97204 | 8,255.33 |
| Plaintiff Hudson Insurance Company | c/o Mario R. Nicholas<br>Stewart Sokol & Larkin LLC<br>2300 SW First Ave, Suite 200<br>Portland, OR 97201 | 2,000.00 |
| Totals | | $40,000.00 |

$19,333.33 X .427 = $8,255.33 for Bolivar
$19,333.33 X .573 = $11,078 for McCalpin
$18,666.67 X .0859 = $1,603.47 for VAC
$18,666.67 X .0517 = $965.07 for Adesa
$18,666.67 X .3529 = $6,587.47 for Selco
$18,666.67 X .5095 = $9,510.66 for TwinStar

Page 2 - **ORDER TO WITHDRAW AND DISBURSE FUNDS**

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

      The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

      The Clerk of Court is absolved of any liability by compliance with this Order.

      It shall be counsel's responsibility to confirm that any action required by the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED

DATED: _January 20, 2017_

_____
Youlee Yim You
U.S. Magistrate Judge

---
For Court Use Only
---

APPROVED AS TO FORM:
Mary L. Moran, Clerk of Court


_Renee M. Martine_
By: Financial Administrator

Page 3 - **ORDER TO WITHDRAW AND DISBURSE FUNDS**

## CERTIFICATE OF SERVICE

I certify that on this 20th day of January, 2017, the foregoing **ORDER TO WITHDRAW AND DISBURSE FUNDS** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

KILMER VOORHEES & LAURICK, P.C.

*/s/ James P. Laurick*
James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
732 NW 19th Avenue
Portland, OR 97209
Phone No.: (503) 224-0055
Fax No.: (503) 222-5290
Of Attorneys for Defendant TwinStar Credit Union
I:\10250\0004\Pleadings\Order to Withdraw & Disburse Funds.docx

Page 1 - CERTIFICATE OF SERVICE

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290