IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HUDSON INSURANCE COMPANY,

        Plaintiff,

  v.

ROMAN MOTORS LLC, an Oregon limited liability company; DAMON SLOAN, an individual; BRANDON SLOAN, an individual; TWINSTAR CREDIT UNION, a Washington corporation; CROSS POINT NW LLC, an Oregon limited liability company; SELCO COMMUNITY CREDIT UNION, an Oregon corporation; VEHICLE ACCEPTANCE CORPORATION, a Texas corporation; MANHEIM REMARKETING, INC. abn MANHEIM PORTLAND, a Delaware corporation; ASHLEY MCCALPIN, an individual; ADESA OREGON, LLC abn ADESA PORTLAND, an Oregon limited liability company, and MARCUS BOLIVAR, an individual,

        Defendants.

No. 3:16-cv-01831-YY

ORDER

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [69] on April 10, 2017, in which she recommends that this Court grant Plaintiff's Motion for Attorney's Fees [66]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [69], and therefore, Plaintiff's Motion for Attorney's Fees [66] is granted.

IT IS SO ORDERED.

DATED this \_\_\_9\_\_\_ day of \_\_\_May\_\_\_, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER